**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**CRISTOBAL COLLAZO COLLAZO et al.,**

    **Petitioners,**

  **v.**                                  **CIVIL NO. 1:26-CV-63
(KLEEH)**

**ACTING DIRECTOR, UNITED STATES
IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,**

    **Respondents.**

## ORDER

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all petitioners in this case have submitted a notice of voluntary dismissal.  See ECF Nos. 4, 5.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and any unrepresented parties.

DATED: June 2, 2026

*Tom S Kleeh*

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA